1  Harley L. Bjelland, State Bar No. 97428
   Alison L. Tsao, State Bar No. 198250
2  Nancy G. Berner, State Bar No. 227142
   CARLTON DiSANTE & FREUDENBERGER LLP
3  601 Montgomery Street
   Suite 350
4  San Francisco, California 94111
   Telephone: (415) 981-3233
5  Facsimile: (415) 981-3246
   E-Mail: hbjelland@cdflaborlaw.com
6          atsao@cdflaborlaw.com
           nberner@cdflaborlaw.com
7
   Attorneys for Defendant
8  ACTION ELECTRIC CORPORATION

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                      (SAN JOSE DIVISION)

12 | ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND; LOCAL UNION NO. 441 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; and DOUGLAS CHAPPELL, as Trustee of the above TRUST FUND, | Case No. CV11-00575 LHK
   |  | Judge Lucy H. Koh
   |  | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [~~PROPOSED~~] ORDER
   | Plaintiffs, vs. | Action Filed: February 8, 2011
   | ACTION ELECTRIC CORPORATION, a California Corporation, |
   | Defendant. |

   Plaintiffs Orange County Electrical Industry Health and Welfare Trust Fund; Local Union No. 441 of the International Brotherhood of Electrical Workers; and Douglas Chappell, as Trustee of the Trust Fund ("Plaintiffs") and Defendant Action Electric Corporation ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

   WHEREAS, Plaintiffs filed the above-titled action on February 8, 2011, to which Defendant has timely filed an Answer on March 18, 2011;

   WHEREAS, the Court's February 16, 2011 Case Management Order (Docket #7) sets forth

1  a number of scheduling and case management deadlines, as follows: (1) Case Management
2  Statement due by 5/4/2011 (which requires the parties to conduct Rule 26(f) conference and
3  exchange Initial Disclosures prior to the Case Management Conference); and (2) Case Management
4  Conference held on May 11, 2011 at 2:00 p.m.;

5      WHEREAS, the Parties have began to engage in good faith settlement negotiations to
6  attempt early resolution of this action.

7      IT IS HEREBY STIPULATED AS FOLLOWS:

8      In light of the Parties' settlement negotiations and the upcoming case management
9  conference (and associated Rule 26(f) conference and Initial Disclosure deadlines), the Parties
10 believe it is in the interest of judicial economy and in the Parties' best interests to conserve their
11 resources and focus their efforts on settlement efforts as opposed to litigating this matter, and
12 therefore requests that all upcoming case management deadlines (including the CMC scheduled for
13 May 11, 2011) be VACATED and the CMC continued for 90 days to enable the parties to attempt
14 to reach an early settlement. The Parties therefore request that the Court re-set the CMC for
15 August 9, 2011 (or another date soon thereafter convenient for the Court) at which point the Court
16 can make further scheduling orders as necessary.

17     SO STIPULATED.

18 Dated: April 18, 2011        CARLTON DiSANTE & FREUDENBERGER LLP

20                                       By:  /S/ Alison L. Tsao
                                                      Alison L. Tsao
21                                   Attorneys for Defendant
                                  ACTION ELECTRIC CORPORATION

22     I attest that I have obtained Ms. Quail's concurrence in the filing of this document.

23 Dated: April 18, 2011        NEYHART, ANDERSON, FLYNN & GROSBOLL

26                                       By:  /S/ Chloe Quail
                                                   Chloe Quail
27                                   Attorneys for Plaintiffs
                                  ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH
                                  AND WELFARE TRUST FUND, LOCAL No. 441 OF
28                                   IBEW, AND DOUGLAS CHAPPELL, AS TRUSTEE

## ORDER

For good cause, the Court vacates all case management deadlines/obligations of the Parties and continues the Case Management Conference to June 29, 2011 at 2 p.m.

IT IS SO ORDERED.

Date: April 22, 2011

*Lucy H. Koh*

United States District Judge
Judge Lucy H. Koh