Harley L. Bjelland, State Bar No. 97428
Alison L. Tsao, State Bar No. 198250
Nancy G. Berner, State Bar No. 227142
CARLTON DiSANTE & FREUDENBERGER LLP
601 Montgomery Street
Suite 350
San Francisco, California 94111
Telephone: (415) 981-3233
Facsimile: (415) 981-3246
E-Mail: hbjelland@cdflaborlaw.com
atsao@cdflaborlaw.com
nberner@cdflaborlaw.com

Attorneys for Defendant
ACTION ELECTRIC CORPORATION

IT IS SO ORDERED
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND; LOCAL UNION NO. 441 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; and DOUGLAS CHAPPELL, as Trustee of the above TRUST FUND, <br><br> Plaintiffs, <br> vs. <br> ACTION ELECTRIC CORPORATION, a California Corporation, <br><br> Defendant. | Case No. CV11-00575 EJD <br><br> Judge Edward J. Davila <br><br> **STIPULATION TO REQUEST SETTING CASE MANAGEMENT CONFERENCE IN 90 DAYS; PROPOSED ORDER** <br><br> Action Filed: February 8, 2011 |

Plaintiffs Orange County Electrical Industry Health and Welfare Trust Fund; Local Union No. 441 of the International Brotherhood of Electrical Workers; and Douglas Chappell, as Trustee of the Trust Fund ("Plaintiffs") and Defendant Action Electric Corporation ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the above-titled action on February 8, 2011, to which Defendant has timely filed an Answer on March 18, 2011;

WHEREAS, the Court's original February 16, 2011 Case Management Order (Docket #7)

set forth a number of scheduling and case management deadlines, as follows: (1) Case Management Statement due by 5/4/2011 (which requires the parties to conduct Rule 26(f) conference and exchange Initial Disclosures prior to the Case Management Conference); and (2) Case Management Conference held on May 11, 2011 at 2:00 p.m.;

WHEREAS, Judge Koh previously granted the parties' request to continue all case management conference and related deadline (see Docket #13)

WHEREAS the above case management deadlines have been vacated due to a reassignment of this action to Hon. Edward J. Davila ;

WHEREAS, the Parties have began to engage in good faith settlement negotiations to attempt early resolution of this action.

IT IS HEREBY STIPULATED AS FOLLOWS:

In light of the Parties' settlement negotiations, the Parties believe it is in the interest of judicial economy and in the Parties' best interests to conserve their resources and focus their efforts on settlement efforts as opposed to litigating this matter, and therefore requests that, when the case management conference (which triggers associated Rule 26(f) conference and Initial Disclosure deadlines) is calendared by the Court, the Court set the CMC for August 9, 2011 (or another date soon thereafter convenient for the Court) at which point the Court can make further scheduling orders as necessary.

SO STIPULATED.

Dated: May 3, 2011                    CARLTON DiSANTE & FREUDENBERGER LLP


By:  /S/ Alison L. Tsao
                Alison L. Tsao
Attorneys for Defendant
ACTION ELECTRIC CORPORATION

I attest that I have obtained Ms. Quail's concurrence in the filing of this document.

1 Dated: May 3, 2011         NEYHART, ANDERSON, FLYNN & GROSBOLL

2

3                            By: /S/ Chloe Quail
                                    Chloe Quail
4                            Attorneys for Plaintiffs
                             ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH
5                            AND WELFARE TRUST FUND, LOCAL No. 441 OF
                             IBEW, AND DOUGLAS CHAPPELL, AS TRUSTEE
6
                                            ORDER
7
   For good cause, the Court vacates all case management deadlines/obligations of the Parties
8
   and continues the Case Management Conference to September 9, 2011 at 10:00 a.m.
9

10
   IT IS SO ORDERED.
11

12 Date: May 5, 2011                         _____
13                                           United States District Judge
                                             Judge Edward J. Davila
14

---

3                                                     Case No. CV11-0575 EJD
                                                      Stipulation to Continue CMC

423639.1