1  Alison L. Tsao, State Bar No. 198250
   Nancy G. Berner, State Bar No. 227142
2  CARLTON DiSANTE & FREUDENBERGER LLP
   601 Montgomery Street
3  Suite 350
   San Francisco, California 94111
4  Telephone:  (415) 981-3233
   Facsimile:  (415) 981-3246
5  E-Mail:  atsao@cdflaborlaw.com
            nberner@cdflaborlaw.com
6
   Attorneys for Defendant
7  ACTION ELECTRIC CORPORATION

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

10

11 | ORANGE COUNTY ELECTRICAL         | ) | Case No. CV11-00575
   | INDUSTRY HEALTH AND WELFARE      | ) |
12 | TRUST FUND; LOCAL UNION NO. 441 OF| ) | Judge Edward J. Davila
   | THE INTERNATIONAL BROTHERHOOD OF | ) |
13 | ELECTRICAL WORKERS; and DOUGLAS  | ) | **STIPULATION TO REQUEST
   | CHAPPELL, as Trustee of the above TRUST | ) | CONTINUING CASE MANAGEMENT
14 | FUND,                            | ) | CONFERENCE FOR 90 DAYS;
   |                                  | ) | [PROPOSED] ORDER**
15 |         Plaintiffs,              | ) |
   | vs.                              | ) | Action Filed:  February 8, 2011
16 |                                  | ) |
   | ACTION ELECTRIC CORPORATION, a   | ) |
17 | California Corporation,          | ) |
   |                                  | ) |
18 |         Defendant.               | ) |

19

20         Plaintiffs Orange County Electrical Industry Health and Welfare Trust Fund; Local Union

21 No. 441 of the International Brotherhood of Electrical Workers; and Douglas Chappell, as Trustee

22 of the Trust Fund ("Plaintiffs") and Defendant Action Electric Corporation ("Defendant")

23 (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as

24 follows:

25         WHEREAS, Plaintiffs filed the above-titled action on February 8, 2011, to which

26 Defendant has timely filed an Answer on March 18, 2011;

27         WHEREAS, the case was reassigned to the Hon. Edward J. Davila on April 25, 2011

28 (Docket #14);

                                              1                    Case No.  CV11-0575 EJD
                                                                   Stipulation to Continue CMC

437352.1

WHEREAS, the Parties have engaged in good faith settlement negotiations to attempt early resolution of this action, and jointly requested Judge Davila to continue all case management conference and related deadlines in light of the parties' ongoing settlement negotiations, which was granted by this Court (Docket # 15 & 16);

WHEREAS, the Parties have agreed to and executed a Settlement Agreement and are working on finalizing the details of a Joint Request for Dismissal;

IT IS HEREBY STIPULATED AS FOLLOWS:

In light of the Parties' executed settlement agreement and impending Joint Request for Dismissal to be filed in the near future, the Parties anticipate that the matter will be dismissed and there will be no need for a case management conference.  The Parties request that the Court continue the case management conference, currently set for September 9, 2011, and all associated Rule 26(f) conference obligations and Initial Disclosures (which triggers associated Rule 26(f) conference and Initial Disclosure deadlines) to December 9, 2011 (or another date as soon thereafter convenient for the Court) in the event that the matter remains pending and an additional CMC  is necessary.

SO STIPULATED.

Dated:  September 6, 2011        CARLTON DiSANTE & FREUDENBERGER LLP


By:  /S/ Nancy G. Berner
    Nancy G. Berner
Attorneys for Defendant
ACTION ELECTRIC CORPORATION

I attest that I have obtained Ms. Quail's concurrence in the filing of this document.

Dated:  September 6, 2011        NEYHART, ANDERSON, FLYNN & GROSBOLL


By:  /S/ Chloe Quail
    Chloe Quail
Attorneys for Plaintiffs
ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND, LOCAL No. 441 OF IBEW, AND DOUGLAS CHAPPELL, AS TRUSTEE

<u>ORDER</u>

For good cause, the Court vacates all case management deadlines/obligations of the Parties and continues the Case Management Conference to December 9, 2011 at 10:00 a.m. Joint Case Management Conference Statement due by December 2, 2011.

IT IS SO ORDERED.

Date: September 7, 2011

*[signature]*

United States District Judge
Judge Edward J. Davila