```
 1  Alison L. Tsao, State Bar No. 198250
    Nancy G. Berner, State Bar No. 227142
 2  CARLTON DiSANTE & FREUDENBERGER LLP
    601 Montgomery Street
 3  Suite 350
    San Francisco, California 94111
 4  Telephone:  (415) 981-3233
    Facsimile:  (415) 981-3246
 5  E-Mail:  atsao@cdflaborlaw.com
             nberner@cdflaborlaw.com
 6
    Attorneys for Defendant
 7  ACTION ELECTRIC CORPORATION
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND; LOCAL UNION NO. 441 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; and DOUGLAS CHAPPELL, as Trustee of the above TRUST FUND, <br><br> Plaintiffs, <br> vs. <br><br> ACTION ELECTRIC CORPORATION, a California Corporation, <br><br> Defendant. | Case No. CV11-00575 <br><br> Judge Edward J. Davila <br><br> **STIPULATION TO REQUEST CONTINUING CASE MANAGEMENT CONFERENCE FOR 90 DAYS; [PROPOSED] ORDER** *as modified* <br><br> Action Filed:   February 8, 2011 |

Plaintiffs Orange County Electrical Industry Health and Welfare Trust Fund; Local Union No. 441 of the International Brotherhood of Electrical Workers; and Douglas Chappell, as Trustee of the Trust Fund ("Plaintiffs") and Defendant Action Electric Corporation ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the above-titled action on February 8, 2011, to which Defendant has timely filed an Answer on March 18, 2011;

WHEREAS, the case was reassigned to the Hon. Edward J. Davila on April 25, 2011 (Docket #14);

1  WHEREAS, the Parties have engaged in good faith settlement negotiations to attempt early
2  resolution of this action, and jointly requested Judge Davila to continue all case management
3  conference and related deadlines in light of the parties' ongoing settlement negotiations, which was
4  granted by this Court (Docket # 15 & 16);

5  WHEREAS, the Parties have agreed to and executed a Settlement Agreement and are
6  working on finalizing the details of a Joint Request for Dismissal;

7  IT IS HEREBY STIPULATED AS FOLLOWS:

8  In light of the Parties' executed settlement agreement and impending Joint Request for
9  Dismissal to be filed in the near future, the Parties anticipate that the matter will be dismissed and
10 there will be no need for a case management conference.  The Parties request that the Court
11 continue the case management conference, currently set for September 9, 2011, and all associated
12 Rule 26(f) conference obligations and Initial Disclosures (which triggers associated Rule 26(f)
13 conference and Initial Disclosure deadlines) to December 9, 2011 (or another date as soon
14 thereafter convenient for the Court) in the event that the matter remains pending and an additional
15 CMC  is necessary.

16  SO STIPULATED.

17 Dated:  September 6, 2011          CARLTON DiSANTE & FREUDENBERGER LLP

19          By:  /S/ Nancy G. Berner
                     Nancy G. Berner
20          Attorneys for Defendant
            ACTION ELECTRIC CORPORATION

   I attest that I have obtained Ms. Quail's concurrence in the filing of this document.

22 Dated:  September 6, 2011          NEYHART, ANDERSON, FLYNN & GROSBOLL
23

25          By:  /S/ Chloe Quail
                     Chloe Quail
            Attorneys for Plaintiffs
26          ORANGE COUNTY ELECTRICAL INDUSTRY HEALTH
            AND WELFARE TRUST FUND, LOCAL No. 441 OF
27          IBEW, AND DOUGLAS CHAPPELL, AS TRUSTEE

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

For good cause, the Court vacates all case management deadlines/obligations of the Parties and continues the Case Management Conference to December 9, 2011 at 10:00 a.m. Joint Case Management Conference Statement due by December 2, 2011.

IT IS SO ORDERED.

Date: September 7, 2011

_____
United States District Judge
Judge Edward J. Davila