1  Alison L. Tsao, State Bar No. 198250
   Nancy G. Berner, State Bar No. 227142
2  CARLTON DiSANTE & FREUDENBERGER LLP
   601 Montgomery Street
3  Suite 350
   San Francisco, California 94111
4  Telephone:  (415) 981-3233
   Facsimile:  (415) 981-3246
5  E-Mail:  atsao@cdflaborlaw.com
            nberner@cdflaborlaw.com
6
   Attorneys for Defendant
7

8  Richard K. Grosboll, State Bar No. 99729
   Chloe Quail, State Bar No. 262797
9  NEYHART, ANDERSON, FLYNN & GROSBOLL
   369 Pine Street, Suite 800
10 San Francisco, CA 94104
   Tel. (415) 677-9440
11 Fax (415) 677-9445
   Email:  cquail@neyhartlaw.com
12

13 Attorneys for Plaintiffs

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          (SAN JOSE DIVISION)

17 | ORANGE COUNTY ELECTRICAL         ) | Case No. CV11-0575 EJD
   | INDUSTRY HEALTH AND WELFARE      ) |
18 | TRUST FUND; LOCAL UNION NO. 441 OF ) | Judge Edward J. Davila
   | THE INTERNATIONAL BROTHERHOOD OF ) |
19 | ELECTRICAL WORKERS; and DOUGLAS  ) | **STIPULATION FOR DISMISSAL**
   | CHAPPELL, as Trustee of the above TRUST ) | **WITHOUT PREJUDICE; [PROPOSED]**
20 | FUND,                            ) | **ORDER**
   |                                  ) |
21 |        Plaintiffs,               ) | Action Filed:  February 8, 2011
   | vs.                              ) |
22 |                                  ) |
   | ACTION ELECTRIC CORPORATION, a   ) |
23 | California Corporation,          ) |
   |                                  ) |
24 |        Defendant.                ) |
   |_____) |
25

26      IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs ORANGE

27 COUNTY ELECTRICAL INDUSTRY HEALTH AND WELFARE TRUST FUND; LOCAL

28 UNION NO. 441 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL

                                       1                  Case No.  CV11-0575 EJD
                                                Stipulation for Dismissal; Proposed Order

437393.2

WORKERS; and DOUGLAS CHAPPELL, as Trustee of the above TRUST FUND (the "Plaintiffs") and Defendant ACTION ELECTRIC CORPORATION ("Defendant") (collectively, the "Parties") as follows:

1. Plaintiff has brought the above-captioned action, *Orange County Electrical Industry Health and Welfare Trust Fund; Local Union No. 441 of the International Brotherhood of Electrical Workers; and Douglas Chappell, as Trustee of the above Trust Fund v. Action Electric, Inc.*, Case No. CV 11-00575 EJD (the "Action"), seeking, *inter alia*, the payment of delinquent health benefit contributions to the Plaintiffs and the recovery of interest, liquidated damages, and attorneys' fees and costs incurred in connection with this action, as well as equitable relief.

2. With the intent to avoid the costs and time of further litigation, the Parties have agreed to resolve and dismiss this action in accordance with the terms set forth in the Parties' settlement agreement ("Agreement"). This Stipulation for Dismissal Without Prejudice (the "Stipulation") effectuates one of the terms of the Agreement.

## TERMS OF STIPULATION

3. In accordance with the terms of the Parties' Agreement, the Parties stipulate and request that this Court dismiss this action without prejudice.

4. It is further stipulated and agreed that the terms of this Stipulation shall be binding on the heirs, successors, and assigns of the parties to this action.

5. The Plaintiffs agree that Defendant's complete performance of all terms and conditions of the Parties' Agreement shall discharge the Defendant's obligations and liabilities with respect to this Action and all claims made by Plaintiffs in this Action. The Plaintiffs further agree that they will not reinstitute legal proceedings against the Defendant seeking payment of any purported delinquency amount and/or outstanding contribution amount as well as

any additional attorneys' fees, liquidated damages, or interest, or any other remedy that it sought or could have sought in this lawsuit with respect to the specific allegations and claims made in the Action; provided, however, that nothing herein shall preclude the Plaintiffs from initiating legal proceedings to collect any other amounts that may become owed to the Plaintiffs subsequent to the date of this Stipulation or are discovered owed for work performed between May 2009 to June 2011 based on discrepancies found in the course of the audit conducted in August 2011.

6. Upon Defendant's completion of its obligations by the Agreement, the Parties shall file a Stipulation for Dismissal with Prejudice of the Action.

7. The parties acknowledge that they have each had the opportunity to be represented by independent counsel of their own choice throughout all of the negotiations that preceded the execution of this Stipulation. Plaintiffs and Defendant further acknowledge that they have had adequate opportunity to perform whatever investigation or inquiry each deemed necessary in connection with the subject matter of this Stipulation prior to its execution and agree with the delivery and acceptance of the consideration specified in this Stipulation.

8. This Stipulation may be executed in counterparts, which taken together shall constitute the Stipulation and be binding upon and effective as to all parties hereto.

9. The Parties hereto mutually state that they have read the foregoing Stipulation and are fully aware of its contents and legal facts. This Stipulation is entered into on the dates below as indicated.

10. Except as specifically set forth herein, each party shall bear its own costs and attorney's fees.

11. All Notices with respect to this Stipulation shall be sent to the Parties' respective counsel of record in this Action – Alison Tsao for Defendant and Chloe Quail for Plaintiffs. Notice to

such counsel by email, fax, hand delivery or overnight express mail shall constitute adequate notice under this Stipulation.

Dated: September 15, 2011          Respectfully submitted,

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: /S/ Chloe Quail
         Chloe Quail
Attorneys for Plaintiffs
IBEW Local 441 Health and Welfare and Pension Trust Funds

Dated: September 15, 2011          CARLTON DiSANTE & FREUDENBERGER LLP

By: /S/ Nancy G. Berner
         Nancy G. Berner
Attorneys for Defendant
ACTION ELECTRIC CORPORATION

[~~PROPOSED~~] ORDER

The above-stated Stipulation is incorporated herein in its entirety and made an order of this Court. This action is hereby dismissed without prejudice.

Dated: September 19, 2011

_[signature]_
UNITED STATES DISTRICT JUDGE
EDWARD J. DAVILA